Nov. Term,
1858.

BLACKBURN
v.
KIRKPAT-
RICK.

———— · ·●· · ————

BLACKBURN and Another *v.* KIRKPATRICK, Administrator.

*Wednesday,
December* 15.

APPEAL from the *Miami* Court of Common Pleas.

PERKINS, J.—Suit upon notes, by the administrator of *Duff,* the payee, against *Blackburn* and *Miller,* the makers.

The defendant, *Blackburn,* answered, as a defense to the action, "that the two notes sued on were executed, on his

part, to secure the rent due from him to said *Duff's* estate,
for the use of a saw-mill belonging to said estate from
the 1st day of *March*, 1856, to the 10th day of *September*,
1856; that he was entitled to the use of said mill for the
term aforesaid by virtue of a lease or agreement made be-
tween *Samuel Jamison*, the former administrator of said
*Duff's* estate, and the said *Blackburn* and *Miller*, and that
said notes were executed at the time of making said lease
between the parties thereto, as the consideration, on the
part of said defendants, for the use of said mill, and that
said mill was propelled by water drawn from *Eel* river."
He further alleges that one *Charles Stowman* asserts that
*Duff* had no right to draw water for the mill from said
river, and has commenced a suit to test the question, &c.,
which suit is still pending and undetermined, &c.

A demurrer to this answer was sustained. Judgment
for the plaintiff.

The paragraph constituted no bar to the action. The
matter of it might, perhaps, have been used by way of
affidavit on which to move the Court for a stay of pro-
ceedings in this, till the decision of the other suit.

*Per Curiam.*—The judgment is affirmed, with 10 per
cent. damages and costs.

*J. M. Brown*, for the appellants.

*N. O. Ross* and *R. P. Effinger*, for the appellee.